**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ASMARA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| M.K. RUGS, CORP. d/b/a ) | **05 - 1** |
| NEW YORK RUG GALLERY, ) | |
| and NASSER BIBIAN, ) | |
| Defendants. ) | |
| ) | |

## COMPLAINT

This is an action for infringement of copyright in four original carpet designs

owned and sold by plaintiff Asmara, Inc. ("Asmara") and for trademark infringement in

violation of plaintiff's federal and state law rights. Asmara hereby complains of

defendants as follows:

### Parties

1.  Asmara is a Massachusetts corporation having its principal place of business

at 88 Black Falcon Avenue, Boston, MA 02210. It is engaged in the business of

designing, manufacturing, importing and selling fine carpets, many of which embody

original and proprietary designs. Asmara is the copyright owner of the works at issue

and the owner of the trademarks at issue in this action.

2.  Defendant M.K. Rugs, Corp. d/b/a New York Rug Gallery ("NY Rug

Gallery") is, according to plaintiff's information and belief, a New York corporation

having its principal place of business at 50 Central Drive, Farmingdale, NY 11735. It is

engaged in the business of manufacturing, importing, and/or selling carpets. At least a

portion of said carpets are sold through the online auction service known as e-Bay, www.ebay.com ("e-Bay").

3. Defendant Nasser Bibian ("Bibian") is, according to Asmara's information and belief, the president and owner of defendant NY Rug Gallery, and thus has the power and authority to direct the actions of defendant NY Rug Gallery and a direct financial interest in the infringement described in this Complaint.

### Jurisdiction and Venue

4. This Court has jurisdiction over the subject matter of this Complaint under 28 U.S.C. § 1338(a).

5. This Court has jurisdiction over the defendants because they routinely sell and ship merchandise into the Commonwealth of Massachusetts, including but not limited to one of the carpets complained of in this action, and otherwise routinely conduct business in the Commonwealth of Massachusetts.

6. Venue is appropriate in this Court under 28 U.S.C. § 1400(a).

### Count I

### Copyright Infringement of "Algarve" Design

7. In 1995, plaintiff Asmara caused a new carpet design to be created by freelance designer Elizabeth Moisan ("Moisan"), in close consultation with Asmara's President Abid Ilahi. The trailing vines in the design, but not the flowers attached to those vines, were inspired from an antique Portuguese rug. The rest of the design was an original creation. Asmara gave the name "Algarve" to this new carpet design, and caused copies of it to be manufactured for sale. The first "Algarve" carpet was sold on or about

April 4, 1996. A photographic depiction of the "Algarve" design is attached hereto as Exhibit A.

8.   Asmara obtained an assignment of Moisan's copyright in the Algarve design, and subsequently caused copyright in the Algarve design to be registered in the United States Copyright Office on or about May 24, 1999. A copy of its Certificate of Registration, No. VA 981-827, is attached hereto as Exhibit B.

9.   Defendant NY Rug Gallery has been importing and selling knockoff copies of Asmara's "Algarve" carpet. It has been doing so without authorization from Asmara.

10.  Asmara first learned of NY Rug Gallery's unauthorized carpet in July 2005 when it saw a photo of the carpet posted for sale on e-Bay, which conducts online "auctions" of products offered by individual sellers. A printout of the posting from e-Bay's website is attached hereto as Exhibit C.

11. The posting lists the seller as "New York Rug Gallery", whose website can be found at www.mkrugs.com.

12. In the posting, NY Rug Gallery sells its knockoffs as Asmara "Algarve" carpets and claims to be a "direct importer" of carpets. *See* Exhibit C.

13.  Defendants' actions in importing and selling these unauthorized carpets constitute infringement of Asmara's copyright in the "Algarve" design, in willful violation of Asmara's rights under the copyright laws of the United States, specifically 17 U.S.C. §§106 and 602.

14.  Defendant NY Rug Gallery is liable as a direct infringer of Asmara's copyright.

15. Defendant Bibian is responsible, in whole or in part, for establishing the policies and procedures that have led to NY Rug Gallery's sale of unauthorized copies of Asmara's design. At all times relevant he has been in a position to control the infringement described in this Complaint, and has had a direct financial stake in the infringing activity. He is therefore liable either directly, or on a contributory or vicarious basis, for each infringement of plaintiff's copyrights.

16. Defendants sell their knockoffs of the "Algarve" design at a substantially lower price than Asmara asks for its genuine "Algarve" carpets.

17. Based on the above information and its knowledge of the rug trade, Asmara believes that

   a. Defendants' unlawful sales of their infringing copies of the "Algarve" design have deprived Asmara of substantial income that it would otherwise have obtained from selling its "Algarve" carpets, and

   b. Defendants' unlawful sales have garnered substantial profits to which defendants are not entitled.

## Count II

### Copyright Infringement of "Carlise" Design

18. In 1993 plaintiff Asmara caused a new carpet design to be created by its President Abid Ilahi in collaboration with freelance artist Moisan. Since June of 1995, Asmara has sold carpets of this design under the name "Carlise." A photographic copy of a "Carlise" carpet is attached hereto as Exhibit D.

4

19. Asmara caused its copyright in the "Carlise" design to be registered in the United States Copyright Office on or about May 24, 1999. A copy of its Certificate of Registration, No. VA 981-825, is attached hereto as Exhibit E.

20. Defendant NY Rug Gallery has been importing and selling knockoff copies of Asmara's "Carlise" carpet. It has been doing so without authorization from Asmara.

21. Asmara first learned of NY Rug Gallery's unauthorized carpet in July 2005 when it saw a photo of the carpet posted for sale on e-Bay. A printout of the posting from e-Bay's website is attached hereto as Exhibit F.

22. The posting lists the seller as "New York Rug Gallery", whose website can be found at www.mkrugs.com.

23. In the posting, NY Rug Gallery sells its knockoffs as Asmara "Carlise" carpets and claims to be a "direct importer" of carpets. See Exhibit F.

24. Defendants' actions in importing and selling these unauthorized carpets constitute infringement of Asmara's copyright in the "Carlise" design, in willful violation of Asmara's rights under the copyright laws of the United States, specifically 17 U.S.C. §§106 and 602.

25. Defendant NY Rug Gallery is liable as a direct infringer of Asmara's copyright.

26. Defendant Bibian is responsible, in whole or in part, for establishing the policies and procedures that have led to NY Rug Gallery's sale of unauthorized copies of Asmara's design. At all times relevant he has been in a position to control the infringement described in this Complaint, and has had a direct financial stake in the

infringing activity. He is therefore liable either directly, or on a contributory or vicarious basis, for each infringement of plaintiff's copyrights.

27. Defendants sell their knockoffs of the "Carlise" design at a substantially lower price than Asmara asks for its genuine "Carlise" carpets.

28. Based on the above information and its knowledge of the rug trade, Asmara believes that

    a. Defendants' unlawful sales of their infringing copies of the "Carlise" design have deprived Asmara of substantial income that it would otherwise have obtained from selling its "Carlise" carpets, and

    b. Defendants' unlawful sales have garnered substantial profits to which defendants are not entitled.

## Count III

### Copyright Infringement of "Rosecliff" Design

29. In 1993, plaintiff Asmara caused a new carpet design to be created by its President Abid Ilahi in collaboration with an anonymous freelance artist. A portion of the design was inspired from a Nineteenth Century French carpet design, but the rest of the design was an original creation. Asmara gave the name "Rosecliff" to this new carpet design, and caused copies of it to be manufactured for sale. The first "Rosecliff" carpet was sold on or about February 28, 1994. A photographic depiction of the "Rosecliff" design is attached hereto as Exhibit G.

30. The freelance artist has assigned all rights in the design to Asmara and Asmara subsequently caused copyright in the "Rosecliff" design to be registered in the

6

United States Copyright Office on or about January 15, 2003. A copy of its Certificate of Registration, No. VA 1-172-182, is attached hereto as Exhibit H.

31. Defendant NY Rug Gallery has been importing selling knockoff copies of Asmara's "Rosecliff" carpet. It has been doing so without authorization from Asmara.

32. Asmara first learned of NY Rug Gallery's unauthorized carpet in July 2005 when it saw a photo of the carpet posted for sale on e-Bay. A printout of the posting from e-Bay's website is attached hereto as Exhibit I.

33. The posting lists the seller as "New York Rug Gallery", whose website can be found at www.mkrugs.com.

34. In the posting, NY Rug Gallery sells its knockoffs as Asmara "Rosecliff" carpets and claims to be a "direct importer" of carpets. *See* Exhibit I.

35. Defendants' actions in importing and selling these unauthorized carpets constitute infringement of Asmara's copyright in the "Rosecliff" design, in willful violation of Asmara's rights under the copyright laws of the United States, specifically 17 U.S.C. §§106 and 602.

36. Defendant NY Rug Gallery is liable as a direct infringer of Asmara's copyright.

37. Defendant Bibian is responsible, in whole or in part, for establishing the policies and procedures that have led to NY Rug Gallery's sale of unauthorized copies of Asmara's design. At all times relevant he has been in a position to control the infringement described in this Complaint, and has had a direct financial stake in the infringing activity. He is therefore liable either directly, or on a contributory or vicarious basis, for each infringement of plaintiff's copyrights.

7

38.  Defendants sell their knockoffs of the "Rosecliff" design at a substantially lower price than Asmara asks for its genuine "Rosecliff" carpets.

39.  Based on the above information and its knowledge of the rug trade, Asmara believes that

a.  Defendants' unlawful sales of their infringing copies of the "Rosecliff" design have deprived Asmara of substantial income that it would otherwise have obtained from selling its "Rosecliff" carpets, and

b.  Defendants' unlawful sales have garnered substantial profits to which defendants are not entitled.

## Count IV

### Copyright Infringement of "Summer" and/or "Spring" Design

40. In 1998, plaintiff Asmara caused a new carpet design to be created by its President Abid Ilahi in collaboration with a free-lance artist.  Asmara gave the name "Summer" to this new carpet design, and caused copies of it to be manufactured for sale. The first "Summer" carpet was offered for sale on or about April 10, 1998.  The freelance artist has assigned all rights in the design to Asmara. A photographic depiction of the "Summer" design is attached hereto as Exhibit J.

41. Asmara caused copyright in the "Summer" design to be registered in the United States Copyright Office on or about November 28, 2001.  A copy of its Certificate of Registration, No. VA 1-110-596, is attached hereto as Exhibit K.

42. In 1998, plaintiff Asmara caused another new, though stylistically and thematically related, carpet design to be created by its President Abid Ilahi, in

8

collaboration with the same free-lance artist who had assisted him on the "Summer" design. Asmara gave the name "Spring" to this new carpet design, and caused copies of it to be manufactured for sale. The first "Spring" carpet was sold on or about November 28, 2001. The freelance artist has assigned all rights in the design to Asmara. A photographic depiction of the "Spring" design is attached hereto as Exhibit L.

43. Asmara caused its copyright in the "Spring" design to be registered in the United States Copyright Office on or about November 28, 2001. A copy of its Certificate of Registration, No. VA 1-110-595, is attached hereto as Exhibit M.

44. According to Asmara's information and belief, defendant NY Rug Gallery has been importing and selling knockoff copies of Asmara's "Summer" and/or "Spring" carpets. It has been doing so without authorization from Asmara.

45. Asmara first learned of NY Rug Gallery's unauthorized carpets in July 2005 when an Asmara carpet dealer in St. Louis reported the loss of a sale of the "Spring" or "Summer" design to NY Rugs. According to Asmara's information and belief, NY Rugs filled an order for such design from a customer even though it did not have such design posted on its website. This information suggests that NY Rugs has other infringing designs for sale that Asmara has not yet been able to identify.

46. Defendants' actions in importing and selling these unauthorized carpets constitute infringement of Asmara's copyright in the "Summer" and/or "Spring" design, in willful violation of Asmara's rights under the copyright laws of the United States, specifically 17 U.S.C. §§106 and 602.

47. Defendant NY Rug Gallery is liable as a direct infringer of Asmara's copyright.

9

48. Defendant Bibian is responsible, in whole or in part, for establishing the policies and procedures that have led to NY Rug Gallery's sale of unauthorized copies of Asmara's design. At all times relevant he has been in a position to control the infringement described in this Complaint, and has had a direct financial stake in the infringing activity. He is therefore liable either directly, or on a contributory or vicarious basis, for each infringement of plaintiff's copyrights.

49. Defendants sell their knockoffs of the "Summer" and/or "Spring" design at a substantially lower price than Asmara asks for its genuine "Summer" and/or "Spring" carpets.

50. Based on the above information and its knowledge of the rug trade, Asmara believes that

a.    Defendants' unlawful sales of their infringing copies of the "Summer" and/or "Spring" design have deprived Asmara of substantial income that it would otherwise have obtained from selling its "Summer" and/or "Spring" carpets, and

b.    Defendants' unlawful sales have garnered substantial profits to which defendants are not entitled.

## COUNT V – Violation of 17 U.S.C. § 1202

### Provision of False Copyright Management Information

51. According to plaintiff's information and belief, at least some of the infringing carpets sold by defendant carry tags with the name "Eagle Carpet" on them in English, although the tags are primarily in Chinese. Such information appears designed to give

the impression that Eagle Carpet – whatever that may be – is the true originator of the carpets, and thus constitutes false management information within the meaning of 17 U.S.C. §1202.

52. Defendants have thus knowingly and with intent to induce, enable, facilitate or conceal infringement provided, distributed and/or imported false copyright management information in violation of 17 U.S.C. § 1202.

## COUNTS VI - XI

## Trademark Infringement in Violation of Federal Law

53. Plaintiff has been in the business of designing, manufacturing, importing and selling fine carpets for over twenty years. It has done so throughout the United States under the name Asmara since 1981, and thus has acquired nationwide exclusive rights to the ASMARA trademark throughout the United States.

54. As a result of Plaintiff's marketing, sales and reputation in the carpet industry, the mark has become well known within the high end rug trade throughout the United States and abroad. Asmara has a reputation for being the exclusive seller of its copyrighted designs, and this exclusivity and related quality control are important factors in Asmara's high standing in the carpet and interior design industries.

55. Asmara sells unique copyrighted designs, under similarly unique design names that are well known in the carpet and interior design industry. Among its design names are "Algarve," "Carlise," "Rosecliff," "Spring," and "Summer" (the "Product Marks").

11

56. Asmara has acquired exclusive rights to the Product Marks throughout the United States.

57. Defendants have been importing and selling their knockoff copies of Asmara's carpet designs using the name "Asmara" and thereby deliberately misleading the consuming public to believe that defendants sell Asmara carpets. Defendants have been doing so without authorization from Asmara.

58. In addition, Defendants have been selling infringing carpets using Asmara's Product Marks, also without authorization.

59. Asmara first learned of Defendants' unauthorized use of its trademarks in July 2005 when it saw photos of its carpet designs posted for sale on e-Bay as "Asmara" needlepoint designs using Asmara's Product Marks. *See* Exhibits C, F, and I.

60. Defendants' use of Plaintiff's trademarks has caused consumer confusion or mistake, and has deceived customers into purchasing Defendants' carpets thinking they were purchasing Asmara carpets at a substantial discount.

61. Defendants' bogus sales of "Asmara" carpets has caused, and unless enjoined will continue to cause, irreparable harm to Plaintiff and a substantial loss of sales.

62. Defendant Bibian personally took part in the infringing activity described herein and/or directed the employees of the corporate defendant to do so.

63. Defendants have advertised and sold their "Asmara" carpets in a deliberate attempt to trade upon the goodwill of Plaintiff's ASMARA mark and its Product Marks.

64. Defendants' unauthorized advertising and sale of their infringing carpets using the "Asmara" name and Product Marks infringes plaintiff's exclusive rights in those marks, in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125.

12

## COUNTS XII – XVII

### Trademark Infringement in Violation of State Law

65.     Defendants' unauthorized advertising and sale of their infringing carpets
using the "Asmara" name and Product Marks infringes plaintiff's exclusive rights in
those marks, in violation of M.G.L. c. 110B §1, et seq. and the cognate laws of the
several states.

UPON THE BASIS OF THE FOREGOING, Asmara prays that this Honorable Court:

A. Issue a preliminary order enjoining defendants, and all those acting in concert with
   them or who have obtained copies of defendants' infringing carpets for resale, from
   (1) all further manufacture, importation, advertising and distribution of such carpets,
   during the pendency of this litigation; and (2) selling any product under the name
   ASMARA or any Product Mark or any other name sufficiently similar to any
   trademark of plaintiff as to cause confusion or mistake, or to deceive;

B. Issue an order permanently enjoining defendants, and all those acting in concert with
   them or who have obtained copies of defendants' infringing carpets for resale, from
   (1) all further manufacture, importation, advertising and distribution of such carpets;
   and (2) selling any product under the name ASMARA or any Product Mark or any
   other name sufficiently similar to any trademark of plaintiff as to cause confusion or
   mistake, or to deceive;

C. Award Asmara all of its direct and consequential damages arising from defendants'
   infringement and contributory infringement of copyrights and trademarks.

13

D. Award Asmara an accounting of defendants' profits from infringement and of the

   profits of those to whose infringement defendants have contributed.

E. Award Asmara its reasonable attorneys' fees, costs of suit and interest.

F. Award Asmara such other and further relief as the Court deems just and proper.


   PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS.


                                        ASMARA, INC.

                                        By its attorneys,

7.28.05
Date
                                        William S. Strong, Esq.,  BBO #483520
                                        Amy C. Mainelli, Esq., BBO #657201
                                        KOTIN, CRABTREE & STRONG, LLP
                                        One Bowdoin Square
                                        Boston, MA 02114
                                        (617) 227-7031
                                        (617) 367-2988 (fax)


WSS/Asmara/NY Rug Gallery/Complaint

14

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

Asmara, Inc.

**DEFENDANTS**

M.K. Rugs Corp. d/b/a New York Rug Gallery and Nasser Bibian

**(b)** County of Residence of First Listed Plaintiff   Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 617-227-7031
Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Sq., Boston, MA  02114

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 17 of U.S. Code

Brief description of cause:
Copyright and trademark infringement

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE   7-28-05

SIGNATURE OF ATTORNEY OF RECORD   Amy C. Mainell

### FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   Asmara, Inc.  v.  M.K. Rugs Corp. d/b/a
   New York Rug Gallery, et al.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
   rule 40.1(a)(1)).

   [ ]   I.     160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   [X]   II.    195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.              for patent, trademark or copyright cases

   [ ]   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

   [ ]   IV.    220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

   [ ]   V.     150, 152, 153.

   05 - 11591 NG

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                        YES [ ]     NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC
   §2403)
                                                        YES [ ]     NO [X]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                        YES [ ]     NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                        YES [ ]     NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
   Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                        YES [X]     NO [ ]

   A.   If yes, in which division do all of the non-governmental parties reside?
        Eastern Division [X]        Central Division [ ]        Western Division [ ]

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
        residing in Massachusetts reside?
        Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
   submit a separate sheet identifying the motions)
                                                        YES [ ]     NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Amy C. Mainelli, Esq.
ADDRESS   Kotin, Crabtree & Strong, LLP, One Bowdoin Sq., Boston, MA 02114
TELEPHONE NO.   617-227-7031

(CategoryForm.wpd - 5/2/05)



© Asmara™, Inc.

### "Algarve" – Needlepoint Design 2120G
Inspired by a 19th Century Portuguese Needlepoint. A dark olive field is laden with Caribbean blue, dusty rose and burnt tangerine flowers. Sizes: 4'x6', 6'x9', 8'x10', 9'x12', 10'x14', 11'x16', 12'x18'. Custom sizes available.



B

# ERTIFICATE OF REGISTRA⸱ )N



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**F RM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 961-827



EFFECTIVE DATE OF REGISTRATION

5  24  99
Month  Day  Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**
2120G  "Algarve"

**NATURE OF THIS WORK ▼** See instructions
Carpet Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**
2120BG  "Original Floral"

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**  **NAME OF AUTHOR ▼**
Elizabeth Moisan

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**  If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP**  Check appropriate box(es).  **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**  If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP**  Check appropriate box(es).  **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1995 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ April    Day ▶ 4    Year ▶ 1996
USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Asmara, Inc.
451 D Street
Boston, Ma. 02210

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
MAY 24 1999
ONE DEPOSIT RECEIVED
MAY 24 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Inspired by a Portuguese Carpet

a. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Original design inspired by a Portuguese carpet.

**6**

See instructions before completing this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                Account Number ▼

**7**

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

M. Abid Ilahi
Asmara, Inc.
451 D Street
Boston, Ma. 02210

Area Code and Telephone Number ▶ 617-261-0222

Be sure to give your daytime phone number

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Asmara, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

M. Abid Ilahi                                    Date▶ May 16, 1999

☞ Handwritten signature (X) ▼

---

| Mail certificate to | Name ▼ |
| --- | --- |
| | M. Abid Ilahi        C/O Asmara, Inc. |
| ...ificate will be mailed in window envelope | Number/Street/Apt ▼ |
| | 451 D Street |
| | City/State/ZIP ▼ |
| | Boston, Ma. 02210 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

C



home | pay | register | sign in | services | site map     Start new search     [ Searc ]

Buy | Sell | My eBay | Community | Help                    Advanced Sea

java™  [PURE
TECHNOLOGY]

⬅ Back to list of items     Listed in category: Antiques > Rugs, Carpets > Other

## ALGARVE ASMARA ENGLISH DESIGNER NEEDLEPOINT RUG 8 X 10

Item number: 7336413069

Inspired by a 19th Century Portuguese Needlepoint

**Seller of this item?** Sign in for your status

**Watch this item** in My eBay | Email to a friend



🔍 Larger Picture

| | |
|---|---|
| Starting bid: | **US $469.00** |
| | [ Place Bid > ] |
| *=Buy It Now* price: | **US $499.00** |
| | [ Buy It Now > ] |
| Time left: | **6 days 21 hours** 7-day listing. Ends Jul-19-05 10:50:09 PDT |
| Start time: | Jul-12-05 10:50:09 PDT |
| History: | 0 bids |
| Item location: | Farmingdale, NY United States |
| Ships to: | Worldwide |
| Shipping costs: | Check item description and payment instructions or contact seller for details |

⬇ Shipping, payment details and return policy

### Seller information

newyorkruggallery ( 2549 ⭐ )

Feedback Score: 2549
**Positive Feedback: 99.8%**
Member since Feb-12-03 in U

Read feedback comments
Add to Favorite Sellers
Ask seller a question
**View seller's other items**
  Store view | List view
**Visit this seller's eBay Store!**
📁 New York Rug Gallery

💳 **PayPal Buyer Protectio**
  Free Coverage now up to

### Financing available NEW!

Buy today and make no paym
and no interest if paid in 3 mont
PayPal Buyer Credit. Total purc
$50. Subject to credit approval.
See details | **Apply now**

## Description

*Item Specifics - Rugs*

|  |  |  |  |
|---|---|---|---|
| Age: | **2000-Now** | Background Color: | **Blacks** |
| Shape: | **Rectangle** | Material: | **Wool** |
| Size: | **8' x 10'** | Condition: | **New** |
| Style: | **ASMARA** | | |

New York Rug Gallery



**Visit my eBay Store:** 📒 **New York Rug Gallery**    S

RUNNER | NEEDLEPOINT/Aubusson |
Oushak/Chobi veg dye | Heriz |
ROUND/SQUARE/OCTAGON

[

**Payment | Checkout | Shipping | Policies**

# ALGARVE ASMARA ENGLISH DESIGNER NEEDLEI RUG 8 X 10



Click to view supersized image



Click to view supersized image

| | |
|---|---|
| Rug #: | *#141d* |
| Made in: | *China* |
| Style: | *Needlepoint* |
| Colors: | *Please Click on Imag* |
| Foundation: | *Cotton* |
| Pile: | *100% Wool* |
| Age: | *New* |
| Condition: | *Excellent* |
| Approx. KPSI: | *100% (hand-knotted)* |
| Shipping, Handling, Wrapping & Insurance | *$65* ˙ |
| Estimated Retail Value: | *$4500* |

We use UPS Ground for delivery. The fee for insured sh
handling within mainland USA is shown above. No Pick-
We do not combine shipping, BUT WE WILL GIVE 10%
SHIPPING EACH ADDITIONAL ITEM.

If you need to contact us please do so at 1-631-420-092i



Click to view supersized image



Click to view supersized image



Click to view supersized image

direct importers and have 30 years of experience behind
YORK RESIDENTS PLEASE ADD 8.75% SALES TAX 1
PURCHASE OR CALL US FOR THE SALES TAX RATE
SHIP TO PAYPAL , OR CREDIT CARDS UNCONFIRMI
unless you contact us with a valid reason as to the reasc
not deliver to PO BOX mkrugs4u@aol.com.

. back. S&H.

We accept money order and cashier checks, personal ch
Paypal. You must contact us within 3 days after the auct
and payment has to be in by 7 days after the auction. etc



Click to view supersized image

## Payment



I accept the following forms of payment:

- PayPal
- Direct Offline Credit Card Payment: Visa/Master Card, American Express, Discover
- Money Order
- Personal Check

## Preferred Checkout

  ⇦ For fastest processing of this order, please use Vendio Checkout!

## Shipping & Handling

Our S/H/I is provided by UPS ground for the continental USA. Hawaii, Alaska, UPS SENDS YOU A TRA
NUMBER TO YOUR EMAIL ADDRESS ONCE THE ITEM IS SHIPPED. No pick-up facilities available. In
bidder's please email us for shipping quote before bidding, THE UNITED STATES POSTAL SERVICE C
GUARANTEE TIME OF DELIVERY ONCE IT LEAVES THE USA, AND WE ARE NOT RESPONSIBLE F
DELAYS AT CUSTOMS IN A DESTINATION, WE ARE NOT RESPONSIBLE FOR ANY CUSTOM FEE$
THAT YOUR COUNTRY MAY REQUIRE.

$65.00 UPS Ground

# Policies

**ALL OF OUR ITEM ARE AVAILBLE TO BE SHIPPED THE SAME DAY WE RECEIVE PLEASE READ BEFORE BIDDING SERIOUS BIDDERS ONLY.**

**feedback**

**We do leave positive feedbacks after we get one, if you leave a negative before co there WILL BE NO further communications or returns.**

**Return Policy**

**Your businesses are greatly appreciated and your satisfactions are the top priorit you are not satisfied for any reason, please return merchandises with original co within 7 days of receipt for a prompt exchange or refund Please include ebay's ite the package. The shipping & handling fees are not refundable because it includes expenses such as packaging, freight, labor, material, insurance, listing, transactic fees and etc.**

**International buyers**

**International bidder's please email us for shipping quote before bidding, Please w invoice before paying,THE UNITED STATES POSTAL SERVICE CAN NOT GUARA OF DELIVERY ONCE IT LEAVES THE USA, AND WE ARE NOT RESPONSIBLE FO DELAYS AT CUSTOMS IN A DESTINATION, WE ARE NOT RESPONSIBLE FOR AN FEES OR TAXES THAT YOUR COUNTRY MAY REQUIRE.**

**Payment Method**

**We accept money order and cashier checks, personal checks,off ebay credit card You must contact us within 3 days after the auction has ended and payment has 1 days after the auction. We have to wait at least 7 days for personal checks to clea ship the item.**

FREE image hosting (including supersized) with Vendio Sales Manager.

Make FREE



Listing automation and FREE scheduled listings by Vendio.



## See More Great Items From This Seller



GREEN FERN GROTTO
IVORY DESIGN
NEEDLEPOINT RUG 10
X 14

US $1,100.00
=Buy It Now



ASMARA ROSECLIFF
DESIGNER
NEEDLEPOINT RUG 10
X 14

US $950.00
=Buy It Now



BLUE FRENCH
AUBUSSON DESIGNER
NEEDLEPOINT RUG 9 X
12

US $750.00
=Buy It Now



STUNN
GARDE
NEEDLEI

US
=



## Shipping, payment details and return policy

### Services available
Check item description and payment instructions or contact seller for details.

Will ship to Worldwide.

## Payment methods accepted



* Personal check
* Money order/Cashiers check
*

D



© Asmara™, Inc.

**"Carlise" – Needlepoint Design 2134Y**

English wild flowers in wedgwood blue, lavender, raspberry and butterscotch lie upon a
cream and ivory damask ground.  Sizes: 3'x5', 4'x6', 6'x9', 8'x10', 9'x12',
10'x14', 11'x16', 12'x18', 14'x20'.  Custom sizes available.



E



CERTIFICATE OF REGISTRATION

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

VA 981-825

EFFECTIVE DATE OF REGISTRATION

5    24    99
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF THIS WORK ▼

2134Y "Carlise"

NATURE OF THIS WORK ▼ See Instructions

Carpet Design

PREVIOUS OR ALTERNATIVE TITLES ▼
1721Y  "Damask with Step Border"

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

Elizabeth Moisan

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀Year in all cases.
1993

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 12   Year ▶ 1995
USA   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Asmara, Inc.
451 D Street
Boston, Ma. 02210

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
MAY 24 1999
ONE DEPOSIT RECEIVED
MAY 24 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**7**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
M. Abid Ilahi
Asmara, Inc.
451 D Street
Boston, Ma. 02210

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶   617-261-0222

CERTIFICATION*  I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Asmara, Inc.___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
M. Abid Ilahi                                                    Date▶ May 16, 1999

☞ Handwritten signature (X) ▼

Mail
certificate
to:

certificate
will be
mailed in
window
envelope

**9**

Name ▼
M. Abid Ilahi  C/O Asmara, Inc.

Number/Street/Apt ▼
451 D Street

City/State/ZIP ▼
Boston, Ma. 02210

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

F



home | pay | register | sign in | services | site map          Start new search          Searc

Buy    Sell    My eBay    Community    Help                      Advanced Sea

java™ | PURE
TECHNOLOGY

⟵ Back to list of items          Listed in category: Antiques > Rugs, Carpets > Other

## ASMARA WILD FLOWERS CARLISE NEEDLEPOINT RUG 7'6 X 9'7

Item number: 7332277966

Buyer or seller of this item? Sign in for your status          Watch this item in My eBay | Email to a friend

=Buy It Now= price: **US $399.00**

Buy It Now >

| | |
|---|---|
| Item location: | Farmingdale, NY United States |
| Ships to: | Worldwide |
| Shipping costs: | Check item description and payment instructions or contact seller for details |

⬇ Shipping, payment details and return policy

⬇ Larger Picture

### Seller information

newyorkruggallery ( 2549 ⭐ )

Feedback Score: 2549
**Positive Feedback: 99.8%**
Member since Feb-12-03 in (

Read feedback comments

Add to Favorite Sellers

Ask seller a question

**View seller's other items**
   Store view | List view

**Visit this seller's eBay Store!**
📦 **New York Rug Gallery**

💳 **PayPal Buyer Protectio**
   Free Coverage now up to

### Financing available NEW!

Buy today and make no paym
and no interest if paid in 3 mont
PayPal Buyer Credit. Total purc
$50. Subject to credit approval.
See details | **Apply now**

## Description

Item Specifics - Rugs
   Age: **2000-Now**
   Shape: **Rectangle**
   Size: **7'6 X 9'7**
   Style: **FRENCH AUBUSSON**

Background Color: **--**
Material:          **Wool**
Condition:         **New**

## New York Rug Gallery

**Visit my eBay Store: 📦 New York Rug Gallery**     S



RUNNER | NEEDLEPOINT/Aubusson |
Oushak/Chobi veg dye | Heriz |
ROUND/SQUARE/OCTAGON

[

**Payment | Checkout | Shipping | Policies**

# ASMARA WILD FLOWERS CARLISE NEEDLEPOINT I X 9'7



Click to view supersized image



Click to view supersized image

| | |
|---|---|
| Rug #: | **#94D** |
| Made in: | **China** |
| Style: | **Needlepoint** |
| Size: | **7 ft 6 in x 9 ft 7 in** |
| Colors: | **Please Click on Imag** |
| Foundation: | **Cotton** |
| Pile: | **100% Wool** |
| Age: | **New** |
| Condition: | **Excellent** |
| Approx. KPSI: | **100% (hand-knotted)** |
| Shipping, Handling, Wrapping & Insurance | **$65** |
| Estimated Retail Value: | **$3600** |

We use UPS Ground for delivery. The fee for insured sh
handling within mainland USA is shown above. No Pick-
We do not combine shipping, BUT WE WILL GIVE 10%
SHIPPING EACH ADDITIONAL ITEM.



Click to view supersized image



Click to view supersized image



Click to view supersized image

If you need to contact us please do so at 1-631-420-092:
direct importers and have 30 years of experience behind
YORK RESIDENTS PLEASE ADD 8.75% SALES TAX T
PURCHASE OR CALL US FOR THE SALES TAX RATE
SHIP TO PAYPAL , OR CREDIT CARDS UNCONFIRMI
unless you contact us with a valid reason as to the reasc
not deliver to PO BOX mkrugs4u@aol.com.

. back. S&H.

We accept money order and cashier checks, personal cl
Paypal. You must contact us within 3 days after the auct
and payment has to be in by 7 days after the auction. etc

## Payment



I accept the following forms of payment:

- PayPal
- Direct Offline Credit Card Payment: Visa/Master Card, American Express, Discover
- Money Order
- Personal Check

### Preferred Checkout

  ↩ For fastest processing of this order, please use Vendio Checkout!

### Shipping & Handling

Our S/H/I is provided by UPS ground for the continental USA. Hawaii, Alaska, UPS SENDS YOU A TRA
NUMBER TO YOUR EMAIL ADDRESS ONCE THE ITEM IS SHIPPED. No pick-up facilities available. In
bidder's please email us for shipping quote before bidding, THE UNITED STATES POSTAL SERVICE C
GUARANTEE TIME OF DELIVERY ONCE IT LEAVES THE USA, AND WE ARE NOT RESPONSIBLE F
DELAYS AT CUSTOMS IN A DESTINATION, WE ARE NOT RESPONSIBLE FOR ANY CUSTOM FEES
THAT YOUR COUNTRY MAY REQUIRE.

$65.00 UPS Ground

# Policies

## ALL OF OUR ITEM ARE AVAILBLE TO BE SHIPPED THE SAME DAY WE RECEIVE
## PLEASE READ BEFORE BIDDING SERIOUS BIDDERS ONLY.

### feedback

We do leave positive feedbacks after we get one, if you leave a negative before co
there WILL BE NO further communications or returns.

### Return Policy

Your businesses are greatly appreciated and your satisfactions are the top priorit
you are not satisfied for any reason, please return merchandises with original con
within 7 days of receipt for a prompt exchange or refund Please include ebay's ite
the package. The shipping & handling fees are not refundable because it includes
expenses such as packaging, freight, labor, material, insurance, listing, transactio

**fees and etc.**

**International buyers**

**International bidder's please email us for shipping quote before bidding, Please w**
**invoice before paying,THE UNITED STATES POSTAL SERVICE CAN NOT GUARA**
**OF DELIVERY ONCE IT LEAVES THE USA, AND WE ARE NOT RESPONSIBLE FOI**
**DELAYS AT CUSTOMS IN A DESTINATION, WE ARE NOT RESPONSIBLE FOR AN**
**FEES OR TAXES THAT YOUR COUNTRY MAY REQUIRE.**

**Payment Method**

**We accept money order and cashier checks, personal checks,off ebay credit card**
**You must contact us within 3 days after the auction has ended and payment has f**
**days after the auction. We have to wait at least 7 days for personal checks to clea**
**ship the item.**

FREE image hosting (including
supersized) with Vendio Sales Manager.

Make ·
FREE



Listing automation and FREE scheduled listings by Vendio.



## See More Great Items **From This Seller**









GREEN FERN GROTTO
IVORY DESIGN
NEEDLEPOINT RUG 10
X 14

ASMARA ROSECLIFF
DESIGNER
NEEDLEPOINT RUG 10
X 14

BLUE FRENCH
AUBUSSON DESIGNER
NEEDLEPOINT RUG 9 X
12

STUNN
GARDE
NEEDLEI

**US $1,100.00**
*Buy It Now*

**US $950.00**
*Buy It Now*

**US $750.00**
*Buy It Now*

US
*B*



## Shipping, payment details and return policy

### Services available
Check item description and payment instructions or contact seller for details.

Will ship to Worldwide.

## Payment methods accepted



• Personal check
• Money order/Cashiers check
• Visa/MasterCard, American Express, Discover
Learn about payment methods.

## Ready to buy?
ASMARA WILD FLOWERS CARLISE NEEDLEPOINT RUG 7'6 X 9'7

*Buy It Now* price:  **US $399.00**

  Buy It Now >    You will confirm in the next step.

Purchase this item now without bidding.
Learn about Buy It Now.

### What else can you do?

Back to list of items  |  Ask seller a question  |  Printer friendly page

Seller assumes all responsibility for listing this item.

G



Asmara™, Inc.

**"Rosecliff" – Needlepoint Design 2071CG**

Inspired by a 19th Century Aubusson. A muted ivory ground is the backdrop for creeping rose
bushes, ferns and wild daisies. Sizes: 4'x6', 6'x9', 8'x10', 9'x12', 10'x14',
11'x16', 12'x18', 14'x20'. Custom sizes available.



H



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

# FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-172-182**



EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

"Rosecliff" -- Design No. 2071CG and "Rosemont" -- Design No. 5110CG

**NATURE OF THIS WORK ▼** See Instructions

Carpet design

**Previous or Alternative Titles ▼**

Design No. 4071; Floral with Roses

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

Anonymous

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
[ ] Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous?  ☑ Yes  [ ] No
Pseudonymous?  [ ] Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es).See Instructions
[ ] 3-Dimensional sculpture    [ ] Map    [ ] Technical drawing
☑ 2-Dimensional artwork    [ ] Photograph    [ ] Text
[ ] Reproduction of work of art    [ ] Jewelry design    [ ] Architectural work

**Name of Author ▼**

Asmara, Inc.

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
[ ] No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous?  [ ] Yes  ☑ No
Pseudonymous?  [ ] Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es).See Instructions
[ ] 3-Dimensional sculpture    [ ] Map    [ ] Technical drawing
☑ 2-Dimensional artwork    [ ] Photograph    [ ] Text
[ ] Reproduction of work of art    [ ] Jewelry design    [ ] Architectural work

---

**3**

**Year in Which Creation of This Work Was Completed**
1993
This information must be given Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February  Day 28  Year 1994
USA
Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Asmara, Inc.
88 Black Falcon Avenue, Suite 188
Boston, MA 02210

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
FEB 6 2003
ONE DEPOSIT RECEIVED
Jan. 15 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of    pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Nineteenth Century French carpet design.

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Changes to public domain design. Selection of new colors for placement in design details.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                                      **Account Number ▼**

Cleary & Komen, LLP                                             DA: 74497

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Edwin Komen, Cleary & Komen, LLP
600 Pennsylvania Avenue, S.E., Suite 200
Washington, D.C. 20003-4344

Area code and daytime telephone number    ( 202 ) 675-4700            Fax number    ( 202 )675-4716

Email  ekomen@cleary-komen.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
check only one ▶  ☐ owner of exclusive right(s)
☑ authorized agent of  Asmara, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Edwin Komen                                                      Date  1/12/05

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Cleary & Komen, LLP

Number/Street/Apt ▼
600 Pennsylvania Avenue, S.E., Suite 200

City/State/ZIP ▼
Washington, D.C. 20003-4344

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I



home | pay | register | sign in | services | site map

Buy | Sell | My eBay | Community | Help

Start new search [ Searc ]
Advanced Sea

java™ POWE
TECHNOLOGY



Back to list of items    Listed in category: Antiques > Rugs, Carpets > Other

## ASMARA ROSECLIFF DESIGNER NEEDLEPOINT RUG 10 X 14

Item number: 7331705656

**Buyer or seller of this item?** Sign in for your status        Watch this item in My eBay | Email to a friend



Larger Picture

=Buy It Now price: **US $950.00**

[ Buy It Now > ]

| Item location: | Farmingdale, NY United States |
| Ships to: | Worldwide |
| Shipping costs: | Check item description and payment instructions or contact seller for details |

Shipping, payment details and return policy

### Seller information

newyorkruggallery ( 2549 ⭐ )

Feedback Score: 2549
**Positive Feedback: 99.8%**
Member since Feb-12-03 in U

Read feedback comments

Add to Favorite Sellers

Ask seller a question

**View seller's other items**
Store view | List view

**Visit this seller's eBay Store!**
New York Rug Gallery

**PayPal Buyer Protectio**
Free Coverage now up to

### Financing available NEW!

Buy today and make no paym
and no interest if paid in 3 mont
PayPal Buyer Credit. Total purc
$50. Subject to credit approval.
See details | **Apply now**

### Description (revised)

*Item Specifics - Rugs*

Age: **2000-Now**
Shape: **Rectangle**
Size: **10' x 14'**
Style: **ASMARA ROSECLIFF**

Background Color: **--**
Material: **Wool**
Condition: **New**

## New York Rug Gallery

**Visit my eBay Store:** New York Rug Gallery    S



RUNNER | NEEDLEPOINT/Aubusson | Oushak/Chobi veg dye | Heriz | ROUND/SQUARE/OCTAGON

**Payment | Checkout | Shipping | Policies**

# ASMARA ROSECLIFF DESIGNER NEEDLEPOINT RL
# 14



Click to view supersized image



Click to view supersized image

| | |
|---|---|
| Rug #: | *#105D* |
| Made in: | *China* |
| Style: | *Needlepoint* |
| Size: | *10 ft in x 14 ft in* |
| Colors: | *Please Click on Imag* |
| Foundation: | *Cotton* |
| Pile: | *100% Wool* |
| Age: | *New* |
| Condition: | *Excellent* |
| Approx. KPSI: | *100% (hand-knotted)* |
| Shipping, Handling, Wrapping & Insurance | *$99* |
| Estimated Retail Value: | *$6500-6800* |

We use UPS Ground for delivery. The fee for insured sh handling within mainland USA is shown above. No Pick-We do not combine shipping, BUT WE WILL GIVE 10% SHIPPING EACH ADDITIONAL ITEM.



Click to view supersized image



Click to view supersized image



Click to view supersized image

If you need to contact us please do so at 1-631-420-092
direct importers and have 30 years of experience behind
YORK RESIDENTS PLEASE ADD 8.75% SALES TAX 1
PURCHASE OR CALL US FOR THE SALES TAX RATE
SHIP TO PAYPAL , OR CREDIT CARDS UNCONFIRMI
unless you contact us with a valid reason as to the reasc
not deliver to PO BOX mkrugs4u@aol.com.

. back. S&H.

We accept money order and cashier checks, personal ch
Paypal. You must contact us within 3 days after the auct
and payment has to be in by 7 days after the auction. etc

Case 1:05-cv-159-FNC Document 1-3 Filed 07/29/2005 Page 33 of 47



Click to view supersized image



Click to view supersized image



Click to view supersized image



Click to view supersized image

## Payment



I accept the following forms of payment:

- PayPal
- Direct Offline Credit Card Payment: Visa/Master Card, American Express, Discover
- Money Order
- Personal Check

## Preferred Checkout

 ⇐ For fastest processing of this order, please use Vendio Checkout!

## Shipping & Handling

Our S/H/I is provided by UPS ground for the continental USA. Hawaii, Alaska, UPS SENDS YOU A TRA NUMBER TO YOUR EMAIL ADDRESS ONCE THE ITEM IS SHIPPED. No pick-up facilities available. In bidder's please email us for shipping quote before bidding, THE UNITED STATES POSTAL SERVICE C GUARANTEE TIME OF DELIVERY ONCE IT LEAVES THE USA, AND WE ARE NOT RESPONSIBLE F DELAYS AT CUSTOMS IN A DESTINATION, WE ARE NOT RESPONSIBLE FOR ANY CUSTOM FEE! THAT YOUR COUNTRY MAY REQUIRE.

$99.00 UPS Ground

# Policies

**ALL OF OUR ITEM ARE AVAILBLE TO BE SHIPPED THE SAME DAY WE RECEIVE
PLEASE READ BEFORE BIDDING SERIOUS BIDDERS ONLY.**

**feedback**

**We do leave positive feedbacks after we get one, if you leave a negative before co
there WILL BE NO further communications or returns.**

**Return Policy**

**Your businesses are greatly appreciated and your satisfactions are the top priorit
you are not satisfied for any reason, please return merchandises with original cor
within 7 days of receipt for a prompt exchange or refund Please include ebay's ite
the package. The shipping & handling fees are not refundable because it includes
expenses such as packaging, freight, labor, material, insurance, listing, transacti
fees and etc.**

**International buyers**

**International bidder's please email us for shipping quote before bidding, Please w
invoice before paying,THE UNITED STATES POSTAL SERVICE CAN NOT GUARA
OF DELIVERY ONCE IT LEAVES THE USA, AND WE ARE NOT RESPONSIBLE FOI
DELAYS AT CUSTOMS IN A DESTINATION, WE ARE NOT RESPONSIBLE FOR AN
FEES OR TAXES THAT YOUR COUNTRY MAY REQUIRE.**

**Payment Method**

**We accept money order and cashier checks, personal checks,off ebay credit card
You must contact us within 3 days after the auction has ended and payment has t
days after the auction. We have to wait at least 7 days for personal checks to clea
ship the item.**

FREE image hosting (including
supersized) with Vendio Sales Manager.

Make
FREE



**Listing automation and FREE scheduled listings by Vendio.**



## See More Great Items From This Seller



GREEN FERN GROTTO
IVORY DESIGN
NEEDLEPOINT RUG 10
X 14

**US $1,100.00**



BLUE FRENCH
AUBUSSON DESIGNER
NEEDLEPOINT RUG 9 X
12

**US $750.00**



STUNNING ENGLISH
GARDEN DESIGNER
NEEDLEPOINT RUG 9 X
12

**US $650.00**



STUNN
THISTL
NEEDLE

US



## Shipping, payment details and return policy

### Services available
Check item description and payment instructions or contact seller for details.

Will ship to Worldwide.

## Payment methods accepted



- Personal check
- Money order/Cashiers check

• Visa/MasterCard, American Express, Discover
Learn about payment methods.

## Ready to buy?
ASMARA ROSECLIFF DESIGNER NEEDLEPOINT RUG 10 X 14

*Buy It Now* price: **US $950.00**

> [ Buy It Now > ]  You will confirm in the next step.

Purchase this item now without bidding.
Learn about Buy It Now.

### What else can you do?

⟵ Back to list of items   |   Ask seller a question   |   Printer friendly page

Seller assumes all responsibility for listing this item.

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

J



© Asmara™, Inc.

**"Summer"**

Yellow-green leaves and flowers in shades of garnet and butter branch towards the center on a pale cream ground.

| | |
|---|---|
| Needlepoint | 2148C |
| Aubusson | 5133C |
| Savonile™ | 7008C |
| Savonnerie | 4008C |

See the HELP Section for ordering information.



K



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**A 1—110—596**

**EFFECTIVE DATE OF REGISTRATION**

11 — 28 — 01

Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

SUMMER — Design Nos. 2148C; 5133C; 4008C; 7008C/2; 7008C

**NATURE OF THIS WORK ▼** See instructions

Carpet Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Ceiling Design — Design Nos. 2148C; 5133C; 4008C; 7008C/2; 7008C

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**

Anonymous

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map           ☐ Technical drawing
☒ 2-Dimensional artwork         ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**b** **NAME OF AUTHOR ▼**

Asmara, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map           ☐ Technical drawing
☒ 2-Dimensional artwork         ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ April  Day ▶ 10  Year ▶ 1998
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Asmara, Inc.
88 Black Falcon Avenue
Boston, MA 02210

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
NOV 28, 2001
ONE DEPOSIT RECEIVED
November 28, 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                     Account Number ▼

Cleary & Komen, LLP                        DA: 74497

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Edwin Komen
Cleary & Komen, LLP
600 Pennsylvania Avenue, S.E., Suite 200
Washington, DC 20003-4344
Area Code and Telephone Number ▶ 202-675-4700

**7**

Be sure to give your daytime phone number

CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ Asmara, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
M. Abid Ilahi                                    Date▶ November 21, 2001

Handwritten signature (X) ▼  Maid Sgl

**8**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

Mail certificate to:
Name ▼
Cleary & Komen, LLP
Number/Street/Apt ▼
600 Pennsylvania Avenue, S.E., Suite 200
City/State/ZIP ▼
Washington, DC 20003-4344

Certificate will be mailed in window envelope

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
March 1995—300,000   ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

L



© Asmara™, Inc.

**"Spring"**

Yellow-green leaves and flowers of snow white and daffodil yellow branch towards the center of a pale champagne ground.

| | |
|---|---|
| Needlepoint | 2147C |
| Aubusson | 5146C |
| Savonile™ | 7007C |
| Savonnerie | 4007C |

See the HELP Section for ordering information.



M

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM VA**
**a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE



VA 1 – 110 – 595

NUMBER

EFFECTIVE DATE OF REGISTRATION



11 - 28 - 01

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

SPRING – Design Nos. 2147C, 7007C, 5146C, 4007C

**NATURE OF THIS WORK ▼** See Instructions

Carpet Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Ceiling Design – Design Nos. 2147C, 7007C, 5146C, 4007C

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**

Anonymous

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b**  **NAME OF AUTHOR ▼**

Asmara, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1998 ◀Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month▶ June    Day▶ 29    Year▶ 1998
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Asmara, Inc.
88 Black Falcon Avenue
Boston, MA  02210

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

APPLICATION RECEIVED
NOV 28 2001
ONE DEPOSIT RECEIVED
NOV 28 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_____

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                  Account Number ▼

Cleary & Komen, LLP                                      DA: 74497

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Edwin Komen

Cleary & Komen, LLP

600 Pennsylvania Avenue, S.E., Suite 200

Washington, DC 20003-4344

Area Code and Telephone Number ▶  202-675-4700

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of _____ Asmara, Inc.
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

M. Abid Ilahi                                          Date▶ November 21, 2001

Handwritten signature (X) ▼   M. abid Ilahi

**8**

Mail
certificate
to:

Name ▼

Cleary & Komen, LLP

Number/Street/Apt ▼

600 Pennsylvania Avenue, S.E., Suite 200

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼

Washington, DC 20003-4344

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000    ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41