

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
---------------------------------------------X
**Asmara, Inc.**,
        Plaintiff(s),

    -against-

**M. K. Rugs, Corp., d/b/a New York Rug Gallery, and Nasser Bibian,**
        Defendant(s).
---------------------------------------------X

Index No. 05 11591 NG

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

      **DARRYL GREEN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

      That on the 1st day of August 2005, at approximately 2:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon Nasser Bibian at 50 Central Drive, Farmingdale, NY 11735, by personally delivering and leaving the same with Nasser Bibian at that address. At the time of service, deponent asked Nasser Bibian, whether he is in active military service for the United States of America or for any State in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Nasser Bibian is an Indian male, approximately 60 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 250 pounds with gray hair and brown eyes.

_____
**DARRYL GREEN #0866535**

Sworn to before me this
3rd day of **August**, 2005

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Asmara, Inc.

V.

M.K. Rugs, Corp. d/b/a
New York Rug Gallery, and
Nasser Bibian

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-11591 NG**

TO: (Name and address of Defendant)

Nasser Bibian
President
M.K. Rugs, Corp.
50 Central Drive
Farmingdale, New York  11735

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, Massachusetts  02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



7-29-05
DATE