UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
ASMARA, INC.,

                      Plaintiff,

- against -

M.K. RUGS, CORP. d/b/a NEW YORK RUG
GALLERY, and NASSER BIBIAN,

                      Defendants.
------------------------------------------------------------X

**STIPULATION**

Index No. 019789/02

       IT IS HEREBY STIPULATED TO AND AGREED between the attorneys for the respective parties hereto that the time for the Defendants, M.K. RUGS, CORP. d/b/a NEW YORK RUG GALLERY, and NASSER BIBIAN to serve an Answer to the Complaint in this action, or otherwise move with regard to this action, except challenging service of process upon the Defendants, M.K. RUGS, CORP. d/b/a NEW YORK RUG GALLERY and NASSER BIBIAN, be and the same is hereby extended up to and including the date of October 31, 2005.

Dated:  Garden City, New York
           October 14, 2005

                                           KOTIN, CRABTREE & STRONG, LLP.
                                           By: _____
                                           William S. Strong, Esq.
                                           Attorney for Plaintiff
                                           One Bowdoin Square
                                           Boston, MA 02114
                                           (617) 227-7031

                                           MORGANSTERN & QUATELA, ESQS.
                                           By: _____
                                           Allen R. Morganstern, Esq.
                                           Attorney for Defendants
                                           310 Old Country Road, Suite 101
                                           Garden City, New York 11530
                                           (516) 739-8300