UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------X
ASMARA, INC.,

                              Plaintiff,

        - against -

M.K. RUGS, CORP. d/b/a NEW YORK RUG
GALLERY, and NASSER BIBIAN,

                              Defendants.
-----------------------------------------------------------------X

**STIPULATION**

Index No. CV 05-11591 (NG)

       IT IS HEREBY STIPULATED TO AND AGREED between the attorneys for the respective parties hereto that the time for the Defendants, M.K. RUGS, CORP. d/b/a NEW YORK RUG GALLERY, and NASSER BIBIAN to serve an Answer to the Complaint in this action, or otherwise move with regard to this action, except challenging service of process upon the Defendants, M.K. RUGS, CORP. d/b/a NEW YORK RUG GALLERY and NASSER BIBIAN, and the jurisdiction of this Court, be and the same is hereby extended up to and including the date of March 3, 2006.

       IT IS FURTHER STIPULATED TO AND AGREED between the attorneys for the respective parties hereto that the Notice of Default, dated January 31, 2006, entered by the Clerk of the Court be, and the same hereby is, vacated.

Dated:  Westbury, New York
           February 15, 2006

                                          KOTIN, CRABTREE & STRONG, LLP.

                                          By: _____
                                               Amy Mainelli, Esq.
                                               Attorney for Plaintiff
                                               One Bowdoin Square
                                               Boston, MA 02114
                                               (617) 227-7031

                                        MORGANSTERN & QUATELA, ESQS.

By: _____
      Allen R. Morganstern, Esq.
      Attorney for Defendants
      355 Post Avenue, Suite 204
      Westbury, New York 11590
      (516) 739-8300

IT IS SO ORDERED.

Dated:      Boston, Massachusetts
             February ___, 2006


_____
Honorable Nancy Gertner