UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ASMARA, INC.,

                      Plaintiff,                  MOTION
                                                        FOR ADMISSION
      - against -                            PRO HAC VICE

M.K. RUGS CORP. d/b/a NEW YORK RUG      Civil Action No. 05 CV 11591
GALLERY and NASSER BIBIAN,

                                                        FILING FEE PAID:
                                                        RECEIPT # 70682
                    Defendant.                         AMOUNT $ $50.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X               BY DPTY CLK FDM
                                                        DATE 3/1/06

Based upon the annexed affidavit of Allen R. Morganstern, sworn to February 24, 2006, the undersigned, an attorney duly admitted to the bar of the United States District Court for the District of Massachusetts, hereby moves for the admission of Allen R. Morganstern, Esq. pro hac vice on behalf of Defendants in the above-captioned matter.

Dated:        Boston, Massachusetts
                February 27, 2006

                                                        _____
                                                        JOSEPH P. LATTIMORE, ESQ.
                                                        101 Tremont Street
                                                        Boston, Massachusetts 02108
                                                       (617) 451-0825

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ASMARA, INC.,

                     Plaintiff,                   AFFIDAVIT IN SUPPORT OF
                                                     MOTION FOR ADMISSION
   - against -                            PRO HAC VICE

M.K. RUGS CORP. d/b/a NEW YORK RUG        Civil Action No. 05 CV 11591
GALLERY and NASSER BIBIAN,

                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NASSAU    )

       ALLEN R. MORGANSTERN, being duly sworn, deposes and says:

       1.      I am an attorney duly licensed to practice law in good standing in the courts of the State of New York. In addition, I am admitted, and am an attorney in good standing, in the United States Supreme Court, the United States Courts of Appeals for the Seconds and Federal Circuits, the United States Military Court of Appeals and the United States District Courts for the Eastern, Southern and Western Districts of New York.

       2.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

       3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

       4.      I respectfully submit this affidavit in support of the motion of Joseph P. Lattimore for my admission pro hac vice for the purpose of representing Defendants M.K. Rugs Corp. d/b/a New York Rug Gallery and Nasser Bibian in this action.

5. Attached hereto is an attorney's check in the amount of $50.00, payable to "Clerk, U.S. District Court," representing the requisite fee for my admission pro hac vice.

WHEREFORE, I respectfully request that the application of Joseph P. Lattimore be granted in all respects.

_____
ALLEN R. MORGANSTERN

Sworn to before me this 24th
day of February, 2006

_____
NOTARY PUBLIC

JAMES N. SALVAGE, JR.
Notary Public, State of New York
No. 02SA6086352
Qualified in Nassau County
Commission Expires Jan. 21, 20 07

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ASMARA, INC.,

                Plaintiff,                **ORDER**

      - against -               Civil Action No. 05 CV 11591

M.K. RUGS CORP. d/b/a NEW YORK RUG
GALLERY and NASSER BIBIAN,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        AND NOW, this ____ day of March, 2006, it is hereby ORDERED that the application of Joseph P. Lattimore, Esq. for the admission of Allen R. Morganstern, Esq. pro hac vice for the purpose of representing Defendants in the above-captioned action is GRANTED.

        SO ORDERED.

Dated:      Boston, Massachusetts
             March ____, 2006

                                              _____
                                              NANCY GERTNER
                                              United States District Judge