UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ASMARA, INC.

                Plaintiff,

                                             **ANSWER**

   - against -                                  Civil Action No. 05-11591

M.K. RUGS, CORP. d/b/a NEW YORK RUG
GALLERY and NASSER BIBIAN

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Defendants M. K. Rugs, Corp. d/b/a New York Rug Gallery ("NY Rug Gallery") and Nasser Bibian ("Bibian") (collectively, "Defendants"), by and through their attorneys, the law firm of Morganstern & Quatela, answer the Complaint as follows:

        1.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

        2.     Defendants deny the allegations contained in paragraph 2 of the Complaint, except admit the first sentence of that paragraph, admit that NY Rug Gallery sells carpets and admit that NY Rug Gallery has sold some of its products on e-bay.

        3.     Defendants deny the allegations contained in paragraph 3 of the Complaint, except admit that Bibian has an interest in NY Rug Gallery.

        4.     Defendants deny the allegations contained in paragraph 4 of the Complaint, and state that they contain conclusions of law to which no response is required.

        5.     Defendants deny the allegations contained in paragraph 5 of the Complaint, and state that they contain conclusions of law to which no response is required.

        6.     Defendants deny the allegations contained in paragraph 6 of the

Complaint, and state that they contain conclusions of law to which no response is required.

## AS AND FOR DEFENDANTS' RESPONSE TO COUNT I

7.  Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint.

8.  Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, and respectfully refer the trial court to the alleged "Certificate of Registration" for all questions of fact and law relating thereto.

9.  Defendants deny the allegations contained in paragraph 9 of the Complaint.

10. Defendants deny the allegations contained in paragraph 10 of the Complaint, and respectfully refer the trial court to the alleged "printout" for all questions of fact and law relating thereto.

11. Defendants deny the allegations contained in paragraph 11 of the Complaint, and respectfully refer the trial court to the alleged "posting" for all questions of fact and law related thereto.

12. Defendants deny the allegations contained in paragraph 12 of the Complaint, and respectfully refer the trial court to the alleged "posting" for all questions of fact and law related thereto.

13. Defendants deny the allegations contained in paragraph 13 of the Complaint, and state that they contain conclusions of law to which no response is required.

14. Defendants deny the allegations contained in paragraph 14 of the

Complaint, and state that they contain conclusions of law to which no response is required.

15. Defendants deny the allegations contained in paragraph 15 of the Complaint, and state that they contain conclusions of law to which no response is required.

16. Defendants deny the allegations contained in paragraph 16 of the Complaint.

17. Defendants deny the allegations contained in paragraph 17 of the Complaint, and state that they contain conclusions of law to which no response is required.

## AS AND FOR DEFENDANT'S RESPONSE TO COUNT II

18. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint.

19. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint, and respectfully refer the trial court to the alleged "Certificate of Registration" for all questions of fact and law relating thereto.

20. Defendants deny the allegations contained in paragraph 20 of the Complaint.

21. Defendants deny the allegations contained in paragraph 21 of the Complaint, and respectfully refer the trial court to the alleged "printout" for all questions of fact and law relating thereto.

22. Defendants deny the allegations contained in paragraph 22 of the Complaint, and respectfully refer the trial court to the alleged "posting" for all questions of fact and law related thereto.

23. Defendants deny the allegations contained in paragraph 23 of the Complaint, and respectfully refer the trial court to the alleged "posting" for all questions of fact and law related thereto.

24. Defendants deny the allegations contained in paragraph 24 of the Complaint, and state that they contain conclusions of law to which no response is required.

25. Defendants deny the allegations contained in paragraph 25 of the Complaint, and state that they contain conclusions of law to which no response is required.

26. Defendants deny the allegations contained in paragraph 26 of the Complaint, and state that they contain conclusions of law to which no response is required.

27. Defendants deny the allegations contained in paragraph 27 of the Complaint.

28. Defendants deny the allegations contained in paragraph 28 of the Complaint.

### AS AND FOR DEFENDANTS' RESPONSE TO COUNT III

29. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint.

30. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint, and respectfully refer the trial court to the alleged "Certificate of Registration" for all questions of fact and law relating thereto.

31. Defendants deny the allegations contained in paragraph 31 of the Complaint.

32. Defendants deny the allegations contained in paragraph 32 of the Complaint, and respectfully refer the trial court to the alleged "printout" for all questions of fact and law relating thereto.

33. Defendants deny the allegations contained in paragraph 33 of the Complaint, and respectfully refer the trial court to the alleged "posting" for all questions of fact and law related thereto.

34. Defendants deny the allegations contained in paragraph 34 of the Complaint, and respectfully refer the trial court to the alleged "posting" for all questions of fact and law related thereto.

35. Defendants deny the allegations contained in paragraph 35 of the Complaint, and state that they contain conclusions of law to which no response is required.

36. Defendants deny the allegations contained in paragraph 36 of the Complaint, and state that they contain conclusions of law to which no response is required.

37. Defendants deny the allegations contained in paragraph 37 of the Complaint, and state that they contain conclusions of law to which no response is required.

38. Defendants deny the allegations contained in paragraph 38 of the Complaint.

39. Defendants deny the allegations contained in paragraph 39 of the Complaint.

## AS AND FOR DEFENDANTS' RESPONSE TO COUNT IV

40. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint.

41. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint, and respectfully refer the trial court to the alleged "Certificate of Registration" for all questions of fact and law relating thereto.

42. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint.

43. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint, and respectfully refer the trial court to the alleged "Certificate of Registration" for all questions of fact and law relating thereto.

44. Defendants deny the allegations contained in paragraph 44 of the Complaint.

45. Defendants deny the allegations contained in paragraph 45 of the Complaint.

46. Defendants deny the allegations contained in paragraph 46 of the Complaint, and state that they contain conclusions of law to which no response is required.

47. Defendants deny the allegations contained in paragraph 47 of the Complaint, and state that they contain conclusions of law to which no response is required.

48. Defendants deny the allegations contained in paragraph 48 of the Complaint, and state that they contain conclusions of law to which no response is required.

49. Defendants deny the allegations contained in paragraph 49 of the Complaint.

50. Defendants deny the allegations contained in paragraph 50 of the Complaint.

### AS AND FOR DEFENDANTS' RESPONSE TO COUNT V

51. Defendants deny the allegations contained in paragraph 51 of the Complaint, and state that they contain conclusions of law to which no response is required.

52. Defendants deny the allegations contained in paragraph 52 of the Complaint, and state that they contain conclusions of law to which no response is required.

### AS AND FOR DEFENDANTS' RESPONSE TO COUNTS VI - XI

53. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint

54. Defendants deny the allegations contained in paragraph 54 of the Complaint.

55. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint.

56. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint.

57. Defendants deny the allegations contained in paragraph 57 of the Complaint.

58. Defendants deny the allegations contained in paragraph 58 of the Complaint.

59. Defendants deny the allegations contained in paragraph 59 of the Complaint, and respectfully refer the trial court to the alleged "photos" for all questions of fact

and law related thereto.

60. Defendants deny the allegations contained in paragraph 60 of the Complaint.

61. Defendants deny the allegations contained in paragraph 61 of the Complaint, and state that they contain conclusions of law to which no response is required.

62. Defendants deny the allegations contained in paragraph 62 of the Complaint.

63. Defendants deny the allegations contained in paragraph 63 of the Complaint.

64. Defendants deny the allegations contained in paragraph 64 of the Complaint, and state that they contain conclusions of law to which no response is required.

### AS AND FOR DEFENDANTS' RESPONSE TO COUNTS XII - XVII

65. Defendants deny the allegations contained in paragraph 65 of the Complaint, and state that they contain conclusions of law to which no response is required.

### AS AND FOR DEFENDANTS' FIRST AFFIRMATIVE DEFENSE

66. The Complaint fails to state a claim upon which relief can be granted.

### AS AND FOR DEFENDANTS' SECOND AFFIRMATIVE DEFENSE

67. The Complaint must be dismissed for failure to join an indispensable party.

### AS AND FOR DEFENDANTS' THIRD AFFIRMATIVE DEFENSE

68. Plaintiffs' claims are barred by the doctrine of laches.

WHEREFORE, Defendants demand that judgment be entered as follows:

(a) Dismissing the Complaint with prejudice; and

(b) Granting Defendants such other and further relief as this Court deems just and equitable.

Dated:   Westbury, New York
         February 24, 2006

                                      MORGANSTERN & QUATELA

                                      /S/ Allen R. Morganstern
                                      By:   Allen R. Morganstern
                                                355 Post Avenue, Suite 204
                                      Westbury, New York 11590
                                      (516) 739-8300

                                      Attorneys for Defendants M.K. Rugs Corp.,
                                      d/b/a New York Rug Gallery and Nasser
                                      Bibian

TO:   KOTIN, CRABTREE & STRONG, LLP
      Attorneys for Plaintiff
      1 Bowdoin Square
      Boston, Massachusetts 02114