# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Asmara, Inc.,
    Plaintiff

V.

CIVIL ACTION

NO. 05-11591-NG

M.K. Rugs, Corp., et al
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

Gertner, D. J.

The Court having been advised on April 21, 2006 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated

By the Court,

4/21/06
Date

s/Maryellen Molloy
Deputy Clerk

[stlmtodism.]