UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., <br><br> Plaintiff, <br><br> v. <br><br> M.K. RUGS, CORP. d/b/a <br> NEW YORK RUG GALLERY, <br> and NASSER BIBIAN, <br> Defendants. | Civil Action No. 05-11591 NG |

**MOTION FOR ENLARGEMENT OF
PERIOD TO FILE STIPULATION OF DISMISSAL**

The parties hereby request that the Court enlarge by seven (7) days the period set by a prior ninety-day Settlement Order of Dismissal, entered April 24, 2006 and extended until Friday, August 4, 2006, to permit the parties to execute a written settlement agreement and file a stipulation of dismissal.

As grounds for this motion, the parties state the following:

1. The parties notified the Court in April 2006 that they had reached agreement on all settlement issues and intended to execute a written settlement agreement.

2. The Court issued a ninety-day Settlement Order of Dismissal on April 24, 2006, setting a period within which the parties could execute a written settlement agreement and file a stipulation of dismissal, or move to reopen the case.

3. Since the Order, counsel for the parties have negotiated the language of a written settlement agreement, which they finalized the week of July 17, 2006. Defendants anticipated the Agreement would be executed by August 4, 2006, but due to

defendants' travel and other delays they have been unavailable to execute it. They anticipate executing the Agreement in the next week. They therefore request that the period be enlarged accordingly.

WHEREFORE the parties respectfully request that the Court enlarge the period set by its Settlement Order of Dismissal so that the same shall expire at the close of business on August 11, 2006.

ASMARA, INC., Plaintiff,

By its attorneys,

August 2, 2006
Date

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

M.K. RUGS, CORP. d/b/a
NEW YORK RUG GALLERY,
and NASSER BIBIAN,
Defendants,

By their attorneys:

/s/Allen R. Morganstern
Allen R. Morganstern, Esq.
310 Old Country Road, Suite 101
Garden City, NY 11530
(516) 739-8300