UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., <br><br> Plaintiff, <br><br> v. <br><br> M.K. RUGS, CORP. d/b/a <br> NEW YORK RUG GALLERY, <br> and NASSER BIBIAN, <br> Defendants. | Civil Action No. 05-11591 NG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action stipulate and move that this action be dismissed with prejudice, each party to bear its own costs, provided however that the Court shall retain jurisdiction of this matter and the parties thereto for the purpose of enforcing the Settlement Agreement between them dated as of August 11, 2006.

| ASMARA, INC., | M.K. RUGS, CORP. d/b/a <br> NEW YORK RUG GALLERY <br> and <br> NASSER BIBIAN |
|---|---|
| Plaintiffs, | Defendants, |
| By its attorneys, | By their attorneys, |
| /s/ Amy C. Mainelli <br> William S. Strong, Esq., BBO #483520 <br> Amy C. Mainelli, Esq., BBO #657201 <br> KOTIN, CRABTREE & STRONG, LLP <br> One Bowdoin Square <br> Boston, MA 02114 <br> (617) 227-7031 <br> (617) 367-2988 (fax) | /s/ Allen R. Morganstern <br> Allen R. Morganstern, Esq. <br> 310 Old Country Road, Suite 101 <br> Garden City, NY 11530 <br> (516) 739-8300 |

**SO ORDERED:**

_____  _____
Date                                            The Honorable Nancy Gertner
                                                United States District Judge